IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSELITO B. RICAFORT,

    Plaintiff,                    No. CIV S-06-0990 GEB DAD P

    vs.

RODERICK HICKMAN, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff commenced this action while incarcerated. His pro se complaint dated May 3, 2006, was mailed to the court with a notice of change of address to be effective May 8, 2006, upon his anticipated release on parole. On May 31, 2006, the court sent plaintiff an in forma pauperis application appropriate for use by a non-prisoner. Plaintiff completed and returned the application but indicated therein that immediately upon his release he was booked into the Sacramento County Main Jail and was still confined there on June 15, 2006. The court has received a letter from the California Department of Corrections Region II Parole Division, returning case opening documents sent to plaintiff by the Clerk of the Court on May 8, 2006. The letter indicates that plaintiff was deported on July 6, 2006.

        Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted fifteen day from the date of this order to file a declaration describing his custody status, providing his

1

current address, and stating his intention and ability to litigate this action. Failure to respond to this order in a timely manner will result in a recommendation that this action be dismissed without prejudice.

DATED: August 16, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
rica0990.dec

2