1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOSELITO B. RICAFORT,

11              Plaintiff,                    No. CIV S-06-0990 GEB DAD P

12         vs.

13    RODERICK HICKMAN,

14              Defendants.            FINDINGS AND RECOMMENDATIONS

15    _____/

16              By order filed August 16, 2006, plaintiff was required to file, within fifteen days,

17    a declaration describing his custody status, providing his current address, and stating his intention

18    and ability to litigate this action.  Plaintiff was cautioned that failure to respond to the order in a

19    timely manner will result in a recommendation that this action be dismissed without prejudice.

20    The fifteen day period has now expired, and plaintiff has not responded to the court's order.

21              The undersigned will recommend that this action be dismissed for plaintiff's

22    failure to respond to the August 16, 2006 order, failure to keep the court apprised of his current

23    address, and failure to prosecute this action.  See Fed. R. Civ. P. 41(b); Local Rules 11-110, 83-

24    182(f), and 83-183(a) and (b).

25              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

26    without prejudice.

1    These findings and recommendations are submitted to the United States District

2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fifteen

3 days after being served with these findings and recommendations, plaintiff may file written

4 objections with the court.  Any document containing objections should be titled "Objections to

5 Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

6 objections within the specified time may, under certain circumstances, waive the right to appeal

7 the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

8 DATED: September 11, 2006.

9

10                                      Dale A. Drozd

11                                      DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

12 DAD:13
   rica0990.fsc

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2